IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cv-04161 |
| | ) |
| RYAN VANFLEET; VANFLEET TRUCKING, LLC; AND VILLAGE OF PLYMOUTH, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT

NOW COMES, Plaintiff, GREAT WEST CASUALTY COMPANY ("GWCC"), by its attorneys, Tressler LLP, and for its Motion to Default RYAN VANFLEET ("Vanfleet") and VANFLEET TRUCKING, LLC ("Vanfleet Trucking"), states as follows:

1. On August 30, 2024, GWCC filed a Complaint for Declaratory Judgment against Vanfleet, Vanfleet Trucking, and the Village of Plymouth (Dkt. # 1).

2. On November 11, 2024, GWCC filed its First Amended Complaint for Declaratory Judgment (Dkt. # 4).

3. On October 11, 2024, Vanfleet was served with a copy of the First Amended Complaint by the Shuyler County Sheriff's Office (Dkt. # 9).

4. On October 11, 2024, Vanfleet Trucking was served with a copy of the First Amended Complaint by the Shuyler County Sheriff's Office (Dkt. # 10).

5. On October 17, 2024, GWCC filed its Second Amended Complaint for Declaratory Judgment against Vanfleet, Vanfleet Trucking, and the Village of Plymouth (Dkt. # 8).

6. On October 22, 2024, in accordance with Federal Rule of Civil Procedure 5(b)(2)(C), Vanfleet and Vanfleet Trucking were served with a copy of the Second Amended Complaint for Declaratory Judgment via postal mail (Dkt. # 11).

7. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Vanfleet and Vanfleet Trucking's deadline to file an answer or otherwise plead expired on November 5, 2024.

8. As of the date of this motion, neither Vanfleet nor Vanfleet Trucking has filed an appearance or answered the Second Amended Complaint for Declaratory Judgment.

9. A copy of this motion is being sent by certified mail to Vanfleet's last known address at 3972 Birmingham Rd., Plymouth, Illinois 62367.

10. A copy of this motion is being sent by certified mail to Vanfleet Trucking at 3972 Birmingham Rd., Plymouth, Illinois 62367.

WHEREFORE, Plaintiff, Great West Casualty Company, respectfully moves this Court enter an order of default against Defendant RYAN VANFLEET and Defendant VANFLEET TRUCKING, LLC and to enter judgment in its favor and against RYAN VANFLEET and VANFLEET TRUCKING, LLC, with the following relief:

a. That this Motion is granted;

b. That Defendants Vanfleet and Vanfleet Trucking be found to be in default;

d. Granting such other and further relief as this Court deems just and proper.

Dated: January 30, 2025

**GREAT WEST CASUALTY COMPANY**

By: */s/ William K. McVisk*
    One of its Attorneys

William K. McVisk
TRESSLER LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
Tel: (312) 627-4000
Fax: (312) 627-1717
WMcVisk@tresserllp.com
Attorneys for Plaintiff Great West Casualty Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **January 30, 2025**, copies of **MOTION FOR DEFAULT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's NEXT GEN CM/ECF System.

                                          TRESSLER LLP

                                          By: */s/ William K. McVisk*